THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK FENNELLY, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, borough of Queens, convicting defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.